IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTINA TEMPEL,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE CO.,<br><br>Defendant. | CV 16–11–M–DLC<br><br>ORDER |

Pursuant to the parties' stipulated motion for dismissal,

IT IS ORDERED that the motion (Doc. 53) is GRANTED. This action is DISMISSED WITH PREJUDICE as to Defendant ESIS, Inc., the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the motion to dismiss by Defendant ESIS, Inc. (Doc. 51) is DENIED as moot.

IT IS FURTHER ORDERED that the caption of this case shall be amended to reflect the termination of both Defendant Mary Kay, Inc., and Defendant ESIS, Inc. as reflected above.

Dated this 2nd day of March, 2017.

Dana L. Christensen, Chief District Judge
United States District Court