IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| CHRISTINA TEMPEL, | CV 16–11–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ACE AMERICAN INSURANCE CO., | |
| Defendant. | |

Defendant ACE American Insurance Co. moves for leave to file a document under seal. Because Plaintiff Christina Tempel does not object, the Court will grant the motion.

Accordingly, IT IS ORDERED that Defendant's Motion (Doc. 62) is GRANTED. Defendant ACE American Insurance Co. is granted leave to file under seal the Casualty Program Proposal for Mary Kay Inc. lodged with its Unopposed Motion for Leave to File Document Under Seal.

Dated this 15th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court