IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTINA TEMPEL, | CV 16–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ACE AMERICAN INSURANCE CO., | |
| Defendant. | |

Pursuant to the Stipulated Motion to Dismiss With Prejudice (Doc. 98),

IT IS ORDERED that the motion (Doc. 98) is GRANTED. This action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 13th day of July, 2017.

Dana L. Christensen, Chief Judge
United States District Court